IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AERIAL KATRINA ALICE ADAMS,<br><br>Defendant. | CR 24-74-BLG-SPW-4<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, August 14, 2026 at 2:30 p.m., is **VACATED** and **RESET** to commence on **Thursday, August 27, 2026 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1.     Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **August 13, 2026.** Absent good cause shown, sentencing memoranda and supporting documents filed after August 13, 2026 will not be considered in addressing sentencing issues. Failure

1

to timely file sentencing memoranda may result in imposition of sanctions against counsel.

2.    Responses to sentencing memoranda shall be filed on or before **August 20, 2026.   A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

3.    Reply briefs will not be accepted for filing in sentencing matters.

4.    The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5.    All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this _15th_ day of July, 2026.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

2